

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-20-00140-CV

**IN THE INTEREST OF L.P AND C.P.**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-10-1012-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant V.K.'s parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on March 30, 2020, and appellant filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by April 20, 2020. Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court